UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GALEN L. BYERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 1:02-CV-2004-JDT-WTL |
| | ) |
| ALUMINUM FOUNDRIES, INC.; | ) |
| AMERICAN FLINT GLASS | ) |
| WORKERS UNION, AFL-CIO and its | ) |
| affiliated LOCAL UNION NO. 726, | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT IN FAVOR OF ALL DEFENDANTS**

Defendant Aluminum Foundries, Inc. correctly pointed out that it joined in the Motion to Dismiss.  Therefore, Aluminum Foundries' motion to correct the Motion to Dismiss is **GRANTED** as to all Defendants.

**IT IS ORDERED, ADJUDGED AND DECREED** that this cause of action is **DISMISSED** with prejudice as to all Defendants.  Costs are awarded in favor of the Defendants and against the Plaintiff.

ALL OF WHICH IS ORDERED this 16th day of June 2004.

_____
John Daniel Tinder, Judge
United States District Court

**Electronic Copies to:**

William R. Groth
Fillenwarth Dennerline Groth & Towe
wgroth@fdgtlaborlaw.com

Nora L. Macey
Macey Swanson and Allman
nmacey@maceylaw.com

Stephanie A. Miner
Blitman & King LLP
saminer@bklawyers.com

Jules L. Smith
Blitman & King Llp
jlsmith@bklawyers.com

**Copy Mailed to**

GALEN L. BYERS
506 East North Street
Winchester, IN 47394